

# TEAMSTERS LOCAL UNION 786 BUILDING MATERIALS
## WELFARE AND PENSION FUNDS

300 SOUTH ASHLAND AVENUE • Suite 501 • Telephone 312.666.1875 • Fax 312.666.2258
CHICAGO, ILLINOIS 60607

October 29, 2014

N C P CARTAGE
11825 FRANKLIN AVE.
FRANKLIN PARK, IL 60131

Certified Mail Return/Receipt Requested

Employer # 00158-10158

Dear Employer:

Our records indicate N C P CARTAGE no longer employs participants with the Local 786 Building Material Pension Fund. Therefore our actuaries have calculated your withdrawal liability under the Multiemployer Pension Plan Amendments Act of 1980 (MEPPA).

Enclosed are the following:

-Schedule A information used in the calculation of the amount of withdrawal liability;
-Schedule B the calculation of the amount of the withdrawal liability; and
-Actuarial assumptions used in calculating the withdrawal liability.

The amount of the withdrawal liability after applying the de minimus rule under Section 4209 (a) of ERISA is $583,579. The minimum schedule of payments is:

- Twenty three (23) quarterly payments of $28,629 and a final payment of $27,962. to begin on December 30, 2014.

Demand for payment is hereby requested in accordance with the attached schedule.

If you have any questions, please call me at the Fund Office.

Sincerely,

Jeffrey W. Hoff
Administrator
JWH/rtl



PLAINTIFF'S EXHIBIT A