ᴸL CHAUFFEURS, TEAMSTERS & HELPERS
FARE FUND OF CHICAGO

6 BUILDING MATERIAL PENSION FUND
SOUTH ASHLAND AVENUE
ICAGO, ILLINOIS 60607

458

turn Requested

*Refused 11-3-14*

7014 1200 0001 2018 5028

$ 06.90
02 1M
0008001662   OCT 30 2014
MAILED FROM ZIP CODE 60607

N C P CARTAGE
11825 FRANKLIN AVE.
FRANKLIN PARK, IL 60131

60607@2701

NIXIE      580   1E 1      0211/05/14
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 60607270199    *1176-01016-05-24

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | NCP |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here  WDL |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  NCP
Street, Apt. No.; or PO Box No.  11825 Franklin Ave
City, State, ZIP+4  Franklin Park, IL 60171

PS Form 3800, August 2006    See Reverse for Instructions

7014 1200 0001 2018 5028



PLAINTIFF'S EXHIBIT
B