HAUFFEURS, TEAMSTERS & HELPERS
FUND OF CHICAGO

BUILDING MATERIAL PENSION FUND
TH ASHLAND AVENUE
GO, ILLINOIS 60607

rn Requested

7014 1200 0001 2018 5141

$ 06.48
02 1M
0008001862  JAN 20 2015
MAILED FROM ZIP CODE 60607

*Refused*

N C P CARTAGE
11825 FRANKLIN AVE.
FRANKLIN PARK, IL 60131

NIXIE    600    1E 1003    0207/05/15
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

60131101725    BC: 60607270199    *1361-09236-20-34*
60607@2701

---

**USPS Certified Mail Receipt #1 (7014 1200 0001 2018 5141):**
- NCP WDL Late pymt
- Michael Morrisroe, S. Bloomingdale, Bloomingdale, IL 60108

**Domestic Return Receipt #1:**
- Article Addressed to: NCP Cartage, 11825 Franklin Ave, Franklin Park, IL 60131
- Received by: DAHLSTROM
- Date of Delivery: 1-22-15
- Service Type: Certified Mail

**USPS Certified Mail Receipt #2 (7014 1200 0001 2018 5158):**
- NCP WDL Late payment Cartage, 11825 Franklin, Franklin Park

**Domestic Return Receipt #2:**
- Article Addressed to: Michael Morrisroe, 114 S. Bloomingdale, Bloomingdale, IL 60108
- Signature: Debbe Rubio (Agent)
- Date of Delivery: 1-22-15
- Service Type: Certified Mail

**PLAINTIFF'S EXHIBIT E**