

# TEAMSTERS LOCAL UNION 786 BUILDING MATERIALS
## WELFARE AND PENSION FUNDS
300 SOUTH ASHLAND AVENUE • Suite 501 • Telephone 312.666.1875 • Fax 312.666.2258
CHICAGO, ILLINOIS 60607

December 2, 2014

**Certified Mail Return/Receipt Requested**

Michael J. Morrisroe
Attorney at Law
114 S. Bloomingdale Road
Bloomingdale, IL 60108

Re:  Statement of Business Affairs, 2nd attempt.

Dear Employer:

Under section 421(a) of the Employer Retirement Security Act you are required to complete a Statement of Business Affairs within 30 days of receipt of the request. On October 29, 2014, our office provided you with a Statement of Business Affairs which you have failed to complete as required by Federal law. I have enclosed an additional Statement of Business Affairs which much be completed and returned to my office within 15 days of receipt of this letter.

In the event we do not receive the Statement of Business Affairs in our office within 15 days I have been instructed by the Trustees to initiate litigation to compel you to do so. You should be aware that if that becomes necessary you will be responsible for attorney fees, court costs and fines up to $100.00 per day for your failure to complete the form.

If you have any questions please contact me at the Fund office.

Sincerely,

*Jeffrey W. Hoff*

Jeffrey W. Hoff
Administrator

**PLAINTIFF'S EXHIBIT F**

**PENSION PLAN OF LOCAL UNION 786 BUILDING MATERIAL PENSION FUND**
**STATEMENT OF BUSINESS AFFAIRS**
**REPORTING BUSINESS FORM**

RE: **INVESTIGATION OF POTENTIAL, COMPLETE OR PARTIAL WITHDRAWAL**

EMPLOYER NAME: **N C P CARTAGE**

**COMPLETION OF THIS STATEMENT OF BUSINESS AFFAIRS**
**IS REQUIRED BY LAW**

Section 4219(a) of ERISA {29 USC § 1399(a)} provides that an employer SHALL FURNISH the information requested in this statement. Failure to furnish this information within 30 days will subject the employer to penalties authorized by federal law.

*** *** *** *** *** ***
**INSTRUCTIONS**

The EMPLOYER is the entity to whom the letter which accompanied this Statement of Business Affairs is addressed and the entity which reports/reported employee work history to the Fund.

If the Employer is a partnership or corporation, the questions shall be deemed to be addressed to, and shall be answered on behalf of, the partnership or corporation.

Each question should be answered by a responsible individual (e.g.; partner, principal, trustee, officer, etc.) of the Employer who is authorized to answer such question. These questions shall be deemed continuing so as to require supplemental responses when and if you obtain further information subsequent to the return of this Statement of Business Affairs.

The failure to answer any question must be explained. If the correct answer is "Not Applicable" or "None," so indicate in the appropriate space.

Your answer to each question should be correct and complete. Attach copies of documentary evidence in support of your responses. After due diligence in securing correct and complete answers, this Statement of Business Affairs shall be verified by the responsible individual who is authorized to answer such questions.

Return the completed Statement of Business Affairs with supporting documentary evidence to the Fund at the following address:

**PENSION PLAN OF LOCAL UNION 786 BUILDING MATERIAL PENSION FUND**
**c/o Jeffrey W. Hoff, Plan Administrator**
**300 South Ashland, Suite 500**
**Chicago, IL 60607**

Attach continuation sheets as needed to complete your responses. Please identify each continuation sheet as follows:
        Attachment to Statement of Business Affairs
        (identify Employer)
        (identify question(s) being answered)
        (identify date of completion)

A. **IDENTIFICATION OF EMPLOYER.**

1. What is the Employer's full name and address?

   Name: _____

   Address: _____

   _____

   _____

2. List any assumed names used by the Employer.

   _____

   _____

3. List the Employer's IRS Employer Identification Number.

   _____

4. What type of business is the Employer?
   _____ Sole Proprietorship
   _____ Partnership
   _____ Limited Partnership
   _____ Business Trust
   _____ Governmental Unit
   _____ Association
   _____ Corporation
   _____ "S" Corporation
   _____ Limited Liability Company (LLC)
   _____ Other - Please explain: _____

5. If the Employer is a sole-proprietorship, partnership, LLC or limited partnership, list the names and addresses of all principals of the Employer.

   Name: _____
   Address: _____
   _____

   Name: _____
   Address: _____
   _____

6. If the Employer is a business trust, list the names and addresses of the trustees for the beneficiaries of the business trust.

   Name: _____

   Address: _____

7. If the Employer is a corporation or an "S" corporation, complete the following items.

   State of Incorporation: _____

   Date of Incorporation: _____ / _____ / _____

   Identify all persons or entities who own or control 5% or more of the voting and/or non-voting shares of stock.

   Shareholder: _____

   Address: _____

   Shares Owned/Controlled    Number    %

      Voting          _____   _____
      Non-Voting      _____   _____

   Shareholder: _____

   Address: _____

   Shares Owned/Controlled    Number    %

      Voting          _____   _____
      Non-Voting      _____   _____

   Shareholder: _____

   Address: _____

   Shares Owned/Controlled    Number    %

      Voting          _____   _____
      Non-Voting      _____   _____

8. If the Employer is a Limited Liability Company (LLC), please complete the following:

   State of Formation of LLC: _____
   Date of Formation: _____ / _____ / _____

9. Identify all other entities in which the Employer ever held an ownership interest, describe the interest and identify the time period during which the Employer held such interest.

   Entity's Name: _____

   Address: _____

Entity's Employer Identification Number: _____

Description of interest: _____

Percent of ownership: _____ Time Period: _____ to _____

Additional Entity's Name: _____

Address: _____

Entity's Employer Identification Number: _____

Description of interest: _____

Percent of ownership: _____ Time Period: _____ to _____

10. List all entities which were ever owned or controlled by any parent organization or principals of the Employer, describe the relationship and identify the time period during which the parent or principals held such interest.

Entity's Name: _____

Address: _____

Entity's Employer Identification Number: _____

Description of interest: _____

Percent of ownership: _____ Time Period: _____ to _____

11. List all persons (which include individuals, estates, or trusts) who have an ownership interest in the Employer. Identify the individual and the percentage of ownership interest. *NOTE- A person is considered as having an ownership interest in the Employer if that interest is owned directly or indirectly by or for the person's spouse, child under 21, or parent.*

Name: _____
Address: _____

Phone: _____
Ownership Interest % _____

Name: _____
Address: _____

Phone: _____
Ownership Interest % _____

Name: _____
Address: _____

Phone: _____
Ownership Interest % _____

12. Identify all entities (corporations, partnership, LLCs, LLPs etc.) in which the persons listed in Question 11 possess an ownership interest. Identify the individual and the percentage of ownership interest. *NOTE- A person is considered as having an ownership interest in the Employer if that interest is owned directly or indirectly by or for the person's spouse, a child under 21, or parent.*

Name: _____
Address: _____

Phone: _____
Ownership Interest % _____

Name: _____
Address: _____

Phone: _____
Ownership Interest % _____

Name: _____
Address: _____

Phone: _____
Ownership Interest % _____

13. List the names and account numbers under which the entities identified in your answer to question 9-12 make or have made contributions to the Fund.

Name: _____
Account No.: _____

Name: _____
Account No.: _____

Name: _____
Account No.: _____

14. Did the Employer or any entity on behalf of the Employer file a consolidated tax return at any time after September 26, 1980?
    Yes: _____  No: _____

Identify all entities and each tax period included in each such return.

Name: _____

Address: _____

Entity's Employer Identification Number: _____

Tax Period: _____

15. List all other names and account numbers under which the Employer makes or has made contributions to the Pension Fund.

    Name: _____
    Account No.: _____

    Name: _____
    Account No.: _____

16. Identify all other entities involved in any merger, consolidation, or reorganization, however affected, with Employer. Include any division or liquidation into a parent organization.

    Name: _____
    Date of Action: _____

    Name: _____
    Date of Action: _____

17. Since September 26, 1980, has Employer been subject to any proceedings under the Bankruptcy Code (11 USC 101, et seq.)?

    Date: _____
    Case No.: _____

18. Since September 26, 1980, has Employer been subject to any dissolution proceedings under state law, assignment for benefit of creditors (i.e.; a transfer in trust of all business assets for the benefit of creditors) or bulk transfer (i.e.; any transfer in bulk not in the ordinary course of the transferor's business of a major part of materials, supplies, merchandise or other inventory of the business) under applicable state law or appointment of a receiver under state or federal law?

    Date: _____
    Case No.: _____

19. Has Employer been automatically dissolved under state law by failure to file required reports?

    Date: _____
    Information: _____

B. **REASON FOR PERMANENT CESSATION OF OBLIGATION TO CONTRIBUTE TO THE PENSION FUND AND/OR PERMANENT CESSATION OF ALL OPERATIONS COVERED BY THE PENSION FUND.**

Complete this section with respect to the Employer listed on the front page of this Statement of Business Affairs.

1. When did the Employer permanently cease to be obligated to make contributions to the Pension Fund under its collective bargaining agreement?

    Date: _____ / _____ / _____

2. When did the Employer permanently cease all operations covered by the Pension Fund?

    Date: _____ / _____ / _____

3. Check the item or items that best describe why the Employer ceased making contributions to the Pension Fund.

    _____ Closed facility. Please explain.

    _____ Lost the customer. Please identify customer by name and address.

    _____
    _____
    _____

    _____ Consolidated the work with work done at another facility. Please identify the other facility. Are you obligated to make contributions to the Pension Fund for the work at the other facility?

    _____
    _____
    _____

    _____ Other. Please explain.

    _____
    _____
    _____

    _____ Moved the work to a different location. Please identify the new location below. Are you obligated to make contributions to the Fund for the work at the new location?   Yes _____   No _____

    _____
    _____
    _____

    _____ Hired a subcontractor to do the work. Please identify the subcontractor.

    Name: _____
    Address: _____
    _____

    _____ New collective bargaining agreement deleted coverage by the Pension Fund.

____ Employees now covered by another pension plan. Please state the name and type of replacement plan.
Name: _____
Type: _____

____ No collective bargaining agreement - only have one employee.

____ Employees decertified the union. Please attach a copy of the N.L.R.B. order.

____ Union waived representation of employees. Please attach a copy of the waiver.

____ Strike/Hired permanent replacements.

____ Last covered employee retired. Please explain. Who is doing the work formerly performed by the covered employees?
_____
_____
_____

____ Hired leased employees to perform the work.

____ Liquidation or dissolution of the Employer.

Type: _____

Entity Liquidated/Dissolved: _____
_____

Liquidation/Dissolution Date: Date: ____/____/____

____ Bankruptcy - Please state the type, date, case number, case name and location.

Type: (Ch. 11, Ch. 7, Ch. 13, etc.): _____

Date: ____/____/____

Case No.: _____
Case Name: _____
Location: _____

____ Receiver/trustee appointed. Please state the name and address of the receiver/trustee.

Name: _____
Address: _____
_____

____ Sold stock to new shareholder(s). Attach a copy of the stock sale agreement. Please state the name and address of the new shareholder(s).

Name: _____
Address: _____

\_\_\_\_ Sold operating assets. Attach a copy of the asset sale contract. Please state the name and address of the purchaser. Do the parties to the sale of assets intend to comply with ERISA § 4204?

Name: _____
Address: _____

ERISA § 4204? Yes: \_\_ No: \_\_

\_\_\_\_ Sold the business to a related person/entity. Please identify the purchaser and the relationship between the seller and the purchaser.

Name: _____
Address: _____
_____

Relationship: _____
_____

\_\_\_\_ Work is now being done by other employees. Please explain.
_____
_____
_____

\_\_\_\_ Other. Please explain.
_____
_____
_____

C. **CERTIFICATION OF STATEMENT OF BUSINESS AFFAIRS**

By signing this Statement of Business Affairs, I certify that I have the authority to answer this questionnaire on behalf of the Employer and that the Statement of Business Affairs, with its attachments, were prepared under my supervision after diligent inquiry, and are true and correct to the best of my knowledge and belief.

Signature: _____ Date: ____/____/____

Printed Name: _____ Phone: _____

Title: _____

Address: _____

_____

Subscribed and sworn to before me at _____,

State of _____, this _____ day of _____, 20___.

Notary Public: _____

Country: _____ My Commission Expires: _____