**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7014 1200 0001 2018 5066

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

2ND Attempt
S6 BA
NLP lawyer

Sent To: Michael Morisroe
Street, Apt. No.; or PO Box No.: 114 S. Bloomingdale
City, State, ZIP+4: Bloomingdale 60108

PS Form 3800, August 2006

7014 1200 0001 2018 5066

Agent ☐
Addressee ☐
Printed Name: ? Grubb
C. Date of Delivery: 10/5
ress different from item 1? ☐ Yes
elivery address below: ☐ No

☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery
ivery? (Extra Fee) ☐ Yes

2018 5066

PS Form 3811, July 2013    Domestic Return Receipt



PLAINTIFF'S EXHIBIT G